740

No. 932. ESTATE OF COLLINS *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE; and

No. 933. HARWICK *v.* COMMISSIONER OF INTERNAL REVENUE. June 14, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Leland W. Scott* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Samuel H. Levy* and *Miss Louise Foster* for respondent.

· No. 1027. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* HEININGER. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Fahy* for petitioner. *Mr. Floyd L. Lanham* for respondent.

No. 903. CAFETERIA EMPLOYEES UNION, LOCAL 302, ET AL. *v.* ANGELOS ET AL.; and

No. 904. CAFETERIA EMPLOYEES UNION, LOCAL 302, ET AL. *v.* TSAKIRES ET AL. See *post,* p. 778.

Nos. 907 and 908. COLGATE-PALMOLIVE-PEET Co. *v.* UNITED STATES. See *post,* p. 778.

No. 824. METROPOLITAN-COLUMBIA STOCKHOLDERS, INC. ET AL. *v.* NEW YORK CITY. May 3, 1943. Petition for writ of certiorari to the Court of Appeals of New York denied. *Messrs. Archibald N. Jordan* and *Glen N. W. Mc-Naughton* for petitioners. *Messrs. Thomas D. Thacher,*

*Paxton Blair,* and *Leo Brown* for respondent.

No. 831.  HARTFORD ELECTRIC LIGHT Co. *v.* FEDERAL POWER COMMISSION.  May 3, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Messrs. E. Barrett Prettyman* and *Austin D. Barney* for petitioner.  *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Charles V. Shannon* and *Howard E. Wahrenbrock* for respondent. *Messrs. John E. Benton* and *Frank B. Warren* filed a brief on behalf of the National Association of Railroad and Utilities Commissioners, as *amicus curiae,* in support of the petition.

Nos. 833 and 834.  CRANSTON *v.* THOMPSON ET AL. May 3, 1943.  Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Clarence G. Pickard* for petitioner.  *Mr. Harold J. Adams* for respondents.

No. 836.  HALLIWELL *v.* COMMISSIONER OF INTERNAL REVENUE.  May 3, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Theodore B. Benson* for petitioner.  *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *L. W. Post* for respondent.

No. 842.  PARKFORD *v.* COMMISSIONER OF INTERNAL REVENUE.  May 3, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit de-